IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON WALKER,** | Case No. 2:17-cv-00884 JAM AC |
| Plaintiff, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **J. CHENOWETH, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for extension of time to file a responsive pleading, and good cause appearing:

IT IS ORDERED: Defendants have until December 6, 2017, to file and serve their responsive pleading in this action.

DATED: November 14, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1