# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON WALKER,  No. 2:17-cv-0884 JAM AC P

    Plaintiff,

vs.  **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

J. CHENOWETH, et al.,

    Defendants.
_____/

    Aaron Walker, inmate CDCR #G-09933, a necessary and material witness in proceedings in this case on March 28, 2018, is confined in the Sierra Conservation Center (5150), 5150 O'Byrnes Ferry Road, Jamestown, CA 95327, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in court before the Honorable Magistrate Judge Kendall J. Newman, on the 8th Floor in Courtroom #25, at the United States District Courthouse, 501 I Street, Sacramento, California on March 28, 2018, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of the Sierra Conservation Center:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: Febrary 13, 2018

                                                       _____
                                                       ALLISON CLAIRE
                                                       UNITED STATES MAGISTRATE JUDGE